AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Go, Marilyn D. | Eastern District of New York | 05/30/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge, part-time (ad hoc recall) | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. Court House, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, New York 11201

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 05/30/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | Self-employed lawyer (partner in law practice) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 05/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. CMA at Citibank, N.A. | A | Interest | K | T | | | | | |
| 2. Andeavor , f/k/a Tesoro Petroleum (common stock) | C | Dividend | M | T | | | | | |
| 3. Brokerage Account #1 (IRA - stock) | | | | | | | | | |
| 4. Bristol Myers Squibb Co. (common shares in IRA) | A | Dividend | J | T | | | | | |
| 5. ChevronTexaco Corp. (common stock in IRA) | A | Dividend | K | T | | | | | |
| 6. Exxon Mobil Corp. (common stock in IRA) | A | Dividend | K | T | | | | | |
| 7. Frontier Communications Corp. (common stock) | A | Dividend | J | T | | | | | |
| 8. Hawaiian Electric Industries Inc. (common stock in IRA) | A | Dividend | J | T | | | | | |
| 9. Hewlett Packard Enterprise (common stock in IRA) | A | Dividend | J | T | | | | | |
| 10. HP Inc. (common stock in IRA) | A | Dividend | J | T | | | | | |
| 11. Microsoft (common stock in IRA) | A | Dividend | K | T | | | | | |
| 12. Raytheon (common stock in IRA) | A | Dividend | K | T | | | | | |
| 13. Verizon Communications (common stock in IRA) | A | Dividend | J | T | | | | | |
| 14. Morgan Stanley Private Bank Deposit Prog (for uninvested funds in IRA) | A | Interest | K | T | | | | | |
| 15. New Combined Account (previously Brokerage Acct. #2 and #3 | | | | | | | | S | |
| 16. Alliancebernstein Holding L.P. (common stock) | A | Dividend | J | T | | | | | |
| 17. AT&T (common stock) | D | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 05/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Becton Dickeinson & Co. (common stock) | A | Dividend | K | T | | | | | |
| 19. Blackstone Group LP (common stock) | B | Dividend | K | T | | | | | |
| 20. Boeing (common stock) | B | Dividend | L | T | | | | | |
| 21. Bristol Myers Squibb Co. (common stock) | C | Dividend | L | T | | | | | |
| 22. Chevron Corp. (common stock) | D | Dividend | N | T | | | | | |
| 23. Church & Dwight Co Inc. (common stock) | A | Dividend | K | T | | | | | |
| 24. Exxon Mobil Corp. (common stock) | D | Dividend | N | T | | | | | |
| 25. Glaxosmithkline PLC ADR (common stock) | A | Dividend | J | T | | | | | |
| 26. Hawaiian Electric Indusctries, Inc. (common stock) | B | Dividend | K | T | | | | | |
| 27. Intel (common stock) | A | Dividend | K | T | | | | | |
| 28. KKR & Co LP (common stock) | A | Dividend | J | T | | | | | |
| 29. Lockheed Martin Corp. (common stock) | A | Dividend | K | T | | | | | |
| 30. Lyondellbasell NV Cl-A (common stock) | A | Dividend | K | T | | | | | |
| 31. Merck & Co. Inc. New (common stock) | B | Dividend | L | T | | | | | |
| 32. Pepsico Inc NC (common stock) | A | Dividend | K | T | | | | | |
| 33. Pfizer Inc. (common stock) | D | Dividend | M | T | | | | | |
| 34. PPG Inducties Inc. (common stock) | A | Dividend | N | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 05/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. Prairiesky Rty Ltd (PREKF) | A | Int./Div. | J | T | | | | | |
| 36. Quality Care Properties Inc. (QCP) | A | Int./Div. | J | T | | | | | |
| 37. Unilever NV NY Sh New (common stock in IRA) | A | Dividend | K | T | | | | | |
| 38. Verizon Communications (common stock in IRA) | C | Dividend | L | T | | | | | |
| 39. Walt Disney Co Holdg Co (common stock in IRA) | A | Dividend | K | T | | | | | |
| 40. Wells Fargo & Co. New (common stock in IRA) | C | Dividend | M | T | | | | | |
| 41. Morgan Stanley Bank Deposit Prog (for uninvested fds in KEOGH) | A | Int./Div. | K | T | | | | | |
| 42. Apple Inc. (common stock) | A | Dividend | K | T | | | | | |
| 43. American Electric Power Co., Inc. (common stock) | C | Dividend | M | T | | | | | |
| 44. Canadian Natural Resources Ltd. (common stock) | A | Dividend | K | T | | | | | |
| 45. Chubb Corp. (common stock iin KEOGH) | C | Dividend | M | T | | | | | |
| 46. Conoco Phillips (common stock in KEOGH) | B | Dividend | L | T | | | | | |
| 47. Con Edison Inc. (common stock) | B | Dividend | K | T | | | | | |
| 48. Enterprise Products Prtnrs LP (EPD) | C | Int./Div. | K | T | | | | | |
| 49. HCP Inc. (New) (commonc stock) | B | Dividend | K | T | | | | | |
| 50. Hess Corporation (common stock) | | None | | | Sold | 01/30/17 | K | A | |
| 51. J.P. Morgan Chase & Co. (common stock) | C | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Johnson & Johnson (stock) | B | Dividend | M | T | | | | | |
| 53. McDonalds Corp. (common stock) | C | Dividend | M | T | | | | | |
| 54. Nextera Energy (common stock in KEOGH) | D | Dividend | M | T | | | | | |
| 55. Oracle (common stock in KEOGH) | A | Dividend | K | T | | | | | |
| 56. Royal Dutch PTLM (NY registrty shares in KEOGH) | C | Dividend | K | T | | | | | |
| 57. Schlumberger Ltd. (stock in KEOGH) | C | Dividend | M | T | | | | | |
| 58. Transocean Ltd (RIG) | A | Int./Div. | J | T | | | | | |
| 59. Welltower Inc. (common stock in KEOGH) | C | Dividend | L | T | | | | | |
| 60. PDR Servs. LLC: SPDR Dow Jones Indl Avg ETF (equity portfol) | B | Int./Div. | L | T | | | | | |
| 61. Barclays Glob Fd Advisrs: IShares TR Dow Jones Sel Div Ind | C | Int./Div. | M | T | | | | | |
| 62. Barclays Global Fd Advisrs: ISharesRussell 2000 Index Fd | B | Int./Div. | M | T | | | | | |
| 63. PDR Services LLC: SPDR S&P ETF Trust (equity portfolio) | B | Int./Div. | M | T | | | | | |
| 64. Bridge Debt Intl II | D | Distribution | M | U | Buy | 01/30/17 | M | | See note 1, Pt. VIII |
| 65. End of New Combined Account | | | | | | | | | |
| 66. Nanox Imaging Ltd. | | None | M | U | | | | | See note 2, Pt. VIII |
| 67. Stone Israventures LLC | | None | N | U | Buy (add'l) | 04/14/17 | L | | |
| 68. Softbank Technology Ventures, L.P. (limited ptnership int.) | | None | K | U | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 05/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. rental income from unit in Kings County, New York | F | Rent | N | U | | | | | |
| 70. Brokerage Account #4 (IRA mutual funds) | | | | | | | | | |
| 71. American Funds: American Fds Growth Fund of America (IRA) | A | Int./Div. | M | T | Sold (part) | 08/21/17 | K | E | |
| 72. Blackrock Inc.: Blackrock Equity Dividend Fund | A | Int./Div. | M | T | Sold (part) | 08/21/17 | K | D | |
| 73. Columbia Management Funds: Columbia Acorn Fund Class A (IRA) | A | Int./Div. | K | T | | | | | |
| 74. Federated Funds: Federated Kaufman Fund Class A (IRA) | A | Int./Div. | K | T | | | | | |
| 75. First Eagle Funds: First Eagle Global Fund Class A (IRA) | A | Int./Div. | M | T | | | | | |
| 76. Loomis Sayles Funds: Loomis Sayles Bd Fd Class Retail (IRA) | A | Int./Div. | L | T | Buy (add'l) | 08/21/17 | K | | |
| 77. MFS: MFS Bond Fund A (IRA) | A | Int./Div. | J | T | Buy (add'l) | 08/21/17 | K | | |
| 78. MFS: MFS Research Fund Class A (IRA) | A | Int./Div. | K | T | Buy (add'l) | 08/21/17 | J | | |
| 79. Parnassus Investments: Parnasus Equity Income Fund | A | Int./Div. | M | T | Sold (part) | 08/21/17 | J | D | |
| 80. Pimco Funds: Pimco Real Return Fund Class A (IRA) | A | Int./Div. | J | T | Buy (add'l) | 08/21/17 | K | | |
| 81. Royce Special Equity Fund (IRA) | A | Int./Div. | J | T | | | | | |
| 82. Victory Capital Management Inc.: Victory Estab. Value Fund | A | Int./Div. | M | T | Sold (part) | 08/21/17 | J | B | |
| 83. Virtus Funds: Virtus Multi-sector Short Term Bond Fun (IRA) | A | Dividend | L | T | | | | | |
| 84. end of Account #4 | | | | | | | | | |
| 85. Account #5 (closed 2016) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 05/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Account #6 (college fund) | | | | | | | | | |
| 87. American Funds : AMCAP FUND A (college trust fund) | A | Int./Div. | K | T | Spinoff (from line 88) | 12/15/17 | K | | See note 3, Part VIII |
| 88. American Funds : AMCAP FUND CLASS 529C (college trust fund) | A | Int./Div. | K | T | Sold (part) | 07/31/17 | K | C | See note 3 & 4, Part VIII |
| 89. American Funds : American Mutual Fund Class 529C | A | Int./Div. | K | T | Sold (part) | 07/31/17 | J | B | See note 5, Part VIII |
| 90. American Funds: Capital World Growth & Income WGI A | A | Int./Div. | K | T | Spinoff (from line 91) | 12/15/17 | K | | See note 3 |
| 91. American Funds: Cap Wrld Grwth & Inc (coll trust fd) (name corr'ted) | A | Int./Div. | K | T | Sold (part) | 07/31/17 | K | C | See note 3 & 4, Part VIII |
| 92. American Funds : EuroPac Growth Fund of America Class 529C | A | Int./Div. | J | T | Sold (part) | 07/31/17 | J | B | See note 4, Part VIII |
| 93. American Funds: Washington Mutual Investors WMIF A | A | Int./Div. | K | T | Spinoff (from line 94) | 12/15/17 | K | | See note 3 |
| 94. American Funds: Washington Mut Investrs Fd (college tr fd) | A | Int./Div. | K | T | Sold (part) | 07/31/17 | K | C | See note 3 & 5, Part VIII |
| 95. American Funds: The Income Fd of Amer - IFA A (college tr fd) | A | Int./Div. | K | T | Spinoff (from line 96) | 07/31/17 | K | | See note 3 |
| 96. American Funds: Income Fund of America IFA C | A | Int./Div. | K | T | Sold (part) | 12/15/17 | K | | See note 3 & 4, Part VIII |
| 97. American Funds: Bond Fund of America BFA A | A | Int./Div. | J | T | Spinoff (from line 98) | 12/15/17 | J | | See note 3, Part VIII |
| 98. American Funds: The Bond Fund of Amer (college tr fd) | A | Dividend | K | T | Sold (part) | 07/31/17 | K | A | See note 3 & 4, Part VIII |
| 99. American Fds: Grwth Fd of Amer cl 529c (collge trust fd) | A | Int./Div. | K | T | Sold (part) | 07/31/17 | K | B | See note 5, Part VIII |
| 100. Account # 7 | | | | | | | | | |
| 101. American Century Inv. : Centuury Heritage Funds | A | Int./Div. | J | T | | | | | |
| 102. American Funds: Growth Fund of America Class F | A | Int./Div. | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 05/30/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Dreyfus: Dreyfus Small Company Value Fund | A | Int./Div. | J | T | | | | | |
| 104. First Eagle: FE Overseas Funds | A | Int./Div. | J | T | | | | | |
| 105. Franklin Templeton Investments: FT Mut Glob Discv Fd Cl A | A | Int./Div. | J | T | | | | | |
| 106. GAMCO Investors: Gabelli Equity Inv. Fund Cl A | A | Int./Div. | J | T | | | | | |
| 107. MFS: MFS Value Fund Class A | | None | J | T | | | | | |
| 108. Oppenheimer Funds: Oppenheimer Dev Mrkts Fd Cl A | A | Int./Div. | J | T | | | | | |
| 109. Royce: Royce Special Equity Fund | A | Int./Div. | J | T | | | | | |
| 110. Virtus Funds: Virtus Contrarian Val Fund Cl I | A | Int./Div. | J | T | | | | | |
| 111. Virtus Funds: Virtus Multi-Sector Short Term Bd Fund Cl | A | Int./Div. | J | T | | | | | |
| 112. WellsFargo: WF Ad vantage Growth Fund | A | Int./Div. | J | T | | | | | |
| 113. Baring Global Credit Inc Opp Fund Class A, formerly Babson Gl Cred IOF | A | Int./Div. | J | T | | | | | |
| 114. Baring Global Floating Rate Fund Class A, formerly Babson Glob Fl Rt | A | Int./Div. | J | T | | | | | |
| 115. John Hancock: John Hancock NY Tax Exmpt Fd Cl A | | None | J | T | | | | | |
| 116. JP MorganStrategic Inc. Fund | A | Int./Div. | K | T | | | | | |
| 117. Loomis Sayles Strategic Income Fund Class A | A | Int./Div. | J | T | | | | | |
| 118. Lord Abbett Total Return Fund Class A | A | Int./Div. | J | T | | | | | |
| 119. Pimco Funds: Pimco Real Return Fd Cl A | | None | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 05/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. BlackRock Funds: Blackrock Glob Alloctn Fd Inc A | A | Dividend | J | T | | | | | |
| 121. Yacktman Asset Mgt: Yacktman Fund Service | C | Int./Div. | J | T | | | | | |
| 122. UBS Bank USA Deposit Acct (for uninvested funds) | A | Int./Div. | K | T | | | | | |
| 123. end of account #7 | | | | | | | | | |
| 124. Chase Bank accounts | A | Interest | K | T | | | | | |
| 125. Empower Retirement: Key Guaranteed Portfolio Fd | B | Int./Div. | | | Distributed | 03/20/17 | M | | See note 6, Pt VIII |
| 126. Account # 8 (new retirement fund) | | | | | | | | | " " |
| 127. Guggenheim Investments: Guggenheim Macro Opportunities Fund I | B | Int./Div. | L | T | Buy | 03/20/17 | J | | " " |
| 128. Vanguard Group, Inc.: Vanguard 500 Index Fund Admiral Series | D | Int./Div. | M | T | Buy | 03/20/17 | J | | " " |
| 129. end of account #8 | | | | | | | | | |
| 130. PowerMat Ltd | | None | M | U | | | | | |
| 131. Wellsense, Inc., formerly Enhanced Surface Dynamics Inc. | | None | M | U | | | | | See note 7, Part VIII |
| 132. Account #9 (Roth IRA I) | | | | | | | | | See note 8. Part VIII |
| 133. SPDR S&P 500 ETF (SPY) in Morgan Stanley Roth IRA | A | Int./Div. | J | T | Buy (add'l) | 01/03/17 | J | | " " |
| 134. Morgan Stanley Bank, N.A. | A | Interest | J | T | | | | | " " |
| 135. end of account #9 | | | | | | | | | |
| 136. Ad Hoc Investors LLC | | None | M | U | Buy (add'l) | 04/20/17 | K | | (misspelling corrected) |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 05/30/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Account #10 (Roth IRA II) | | | | | | | | | (differemt from acct #9) |
| 138. SPDR S&P 500 ETF (SPY) in Morgan Stanley Roth IRA | A | Int./Div. | J | T | | | | | |
| 139. Morgan Stanley Bank, N.A. | A | Interest | J | T | | | | | |
| 140. end of account #10 | | | | | | | | | |
| 141. Mt. Auburn IsraVet L.L.C. | | None | L | U | Buy | 12/29/17 | L | | private placement |
| 142. Espro Information Technology Ltd. | | None | L | U | Buy | 05/03/17 | M | | private placement |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Go, Marilyn D. | 05/30/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. Part VII, line 64 (Bridge Debt II International Funds). The Bridge Debt II International Funds is a real estate investment partnership run by Bridge Investment Group Funds. The first capital call was made on 1/30/2017, as reported. Four additional capital calls were made on 7/25/2017, 9/18/2017, 10/26/2017 and 12/15/2017. The amount reported reflects the aggregate capital contributions made in 2017.

2. Part VII, line 66 (Nanox Imaging Ltd.) As previously reported, interests in Nanox are held in three separate brokerage accounts, two of which are for separate trusts. The amount reported is for the combined value of the investments based on the amount of the investment.

3. Part VII, lines 87, 88, 90, 91, 93, 94, 95, 96, 97 & 98 (partial conversion of mutual funds held in Account #6 from Class C to Class A funds). These are mutual funds held in a college savings plan administered by American Funds. Pursuant to a policy of American Funds that became effective December 1, 2017, shares in Class C funds held for more than ten years automatically convert to Class A shares before the end of their 10-year anniversary month. Thus, in December 2017, some of the shares in the Class C funds described on lines 88, 91, 94, 96, and 98 automatically converted into the Class A shares in the funds described on lines 87, 90, 93, 95 and 97, respectively. In addition, because there were partial sales in 2017 of all of these Class C funds (and all other funds originally held in Account #6), the transactions have been thus been listed as sales, as further described in notes 4 and 5. I have categorized the new converted Class A funds as having been acquired as spin-offs, which, I think, more closely describes the conversion of shares in the five Class C funds that that occurred. (Please note: In this amended report, I moved the Class A fund originally reported on line 90 to line 97 so that this fund would be on the line next to the class C fund from which the shares were converted).

4. Part VII, lines 88, 91, 92, 96 and 98 (partial sales of mutual funds in Account # 6). Besides the reported sales on 7/31/2017 of each fund, two additional sales were made on 11/30/2017 and 12/15/2017. The reported amount is the aggregate value of the sales and gains for each fund. All of the individual transactions involved amounts within value code "J." The gains were determined based on the total contributions made at the time of sale, rather than on a FIFO method, because the contributions into the funds were made over an extended period of time.

5. Part VII, lines 89, 94 and 99. (partial sale of mutual funds in Account # 6). Besides the reported sale on 7/31/2017 of each fund, one additional sale was made on 11/30/2017. The reported amount is the aggregate value of the sales and gains for each fund. All of the individual transactions involved amounts within value code "J." The gains were determined based on the total contributions made at the time of sale, rather than on a FIFO method, because the contributions into the funds were made over an extended period of time.

6. Part VII, lines 125-129. (transfer of funds in Empower Retirement to new retirement account). All of the funds in Empower Retirement were transferred in March 2018 to a retirement plan administered by my spouse's employer and the proceeds invested in the investments now listed in Account No. 8 on lines 127 and 128. Additional employee contributions totalling $24,000 were made on 10/17/2017 into the two funds listed.

7. Part VII, line 131. (Wellsense, Inc.) As previously reported, interests are held in three separate brokerage accounts, two of which are for separate trusts. The amounts reported are for the combined values of the investments.

8. Part VIII, lines 132-134 (Account #9, Roth IRA I). To clarify, the fund reported on line 133, which was previously reported simply as a Roth IRA Account (see Financial Disclosure Report for 2016, Part VII, ln. 147), is now listed as an investment in a newly created Account #9 so that unused funds now held as cash in the account can be reported.

**FINANCIAL DISCLOSURE REPORT**

Page 14 of 14

Name of Person Reporting

Go, Marilyn D.

Date of Report

05/30/2018

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Marilyn D. Go**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544